# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:   MICHAEL C MCKINNEY                                  Case No: 09-63222
        REGINIA A MCKINNEY
        5286 Valley Forge St                                 Chapter 13
        Orient, OH  43146

                                                Judge: CHARLES M. CALDWELL

---

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
## AND CASE HISTORY

---

The above case having been COMPLETED on December 05, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.   The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.   The form can be viewed on the Trustee's website at www.13network.com.

                                              /s/ Frank M. Pees

                                            FRANK M. PEES TRUSTEE
                                            130 E WILSON BRIDGE RD #200
                                            WORTHINGTON, OH  43085-6300
                                            (614)436-6700

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:   MICHAEL C MCKINNEY                      Case No: 09-63222
         REGINIA A MCKINNEY
         5286 Valley Forge St                    Chapter 13
         Orient, OH  43146

                                                 Judge: CHARLES M. CALDWELL

---

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
### AND CASE HISTORY

---

The Case was commenced on November 11, 2009.
The plan was confirmed on January 25, 2010.
The Case was concluded on December 05, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        45,820.99

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 10.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Associated Pediatrics 00005 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00036 | Priority | 294.40 | 294.40 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00037 | Unsecured | 5.38 | 5.38 | 0.00 | 0.00 |
| Big Bear Employee Credit Union 00007 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK 00008 | Unsecured | 219.64 | 219.64 | 0.00 | 0.00 |
| Central Ohio Neurological Surgeons 00009 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Circleville Emergency Phy 00011 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC 00006 | Unsecured | 84.25 | 84.25 | 0.00 | 0.00 |
| ECMC 00012 | Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| EMPI 00016 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC COLUMBUS 00027 Unsecured | 25.55 | 25.55 | 0.00 | 0.00 |
| FFCC COLUMBUS 00034 Unsecured | 16.37 | 16.37 | 0.00 | 0.00 |
| FFCC COLUMBUS 00013 Unsecured | 10.53 | 10.53 | 0.00 | 0.00 |
| FIFTH THIRD 00017 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO 00002 Secured-PMSI | 21,491.50 | 21,491.50 | 2,448.08 | 0.00 |
| Grant/Riverside Labs 00018 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Grove City Family Health 00019 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00004 Unsecured | 35.00 | 35.00 | 0.00 | 0.00 |
| KEVIN OBRIEN & ASSOCIATES 00010 Unsecured | 40.25 | 40.25 | 0.00 | 0.00 |
| MEMBERS FIRST CREDIT UNION 00020 Unsecured | 132.12 | 132.12 | 0.00 | 0.00 |
| MICHAEL C MCKINNEY 00000 Debtor Refund | 0.00 | 477.68 | 0.00 | 0.00 |
| Mid Ohio Emerg Srvcs 00021 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Emerg Srvcs 00022 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00023 Unsecured | 54.50 | 54.50 | 0.00 | 0.00 |
| National Check Cashers 00024 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Novacare Rehabilitation 00025 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department of Taxation 00038 Priority | 1,658.50 | 1,658.50 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC 00026 Unsecured | 82.11 | 82.11 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00015 Unsecured | 173.31 | 173.31 | 0.00 | 0.00 |
| Quest Diagnostic 00028 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Quest Diagnostics 00029 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Inc. 00030 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| REGINIA A MCKINNEY 00000 Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL INCOME TAX AGENCY 00003 Priority | 854.73 | 854.73 | 0.00 | 0.00 |
| Riverside Methodist Hospital 00031 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| RIVERSIDE METHODIST HOSPITAL 00032      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA 10001      Unsecured | 882.98 | 882.98 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA 00001      Secured-506 | 9,900.00 | 9,900.00 | 1,801.73 | 0.00 |
| US DEPT OF EDUCATION 00014      Unsecured | Paid outside | 0.00 | 0.00 | 0.00 |
| Verizon 00033      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| W Mark Jump 00035      Additional Attorney Fees | 692.50 | 692.50 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 477.68 | 477.68 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 103.73 | 103.73 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 32,084.00 | 2,807.63 | 17,619.70 | 0.00 | 581.41 | 53,092.74 |
| PRIN PAID | 32,084.00 | 2,807.63 | 1,761.99 | 0.00 | 581.41 | 37,235.03 |
| INT PAID | 4,249.81 | 0.00 | 0.00 | 0.00 | | 4,249.81 |
| | | | | | TOTAL PAID: | 41,484.84 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| W Mark Jump | 2,774.00 | 2,774.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,978.43 | 0.00 | 61.40 | 2,039.83 |

Dated: 12/18/2014

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:  MICHAEL C MCKINNEY
   REGINIA A MCKINNEY
   5286 Valley Forge St
   Orient, OH  43146

Case No: 09-63222

Chapter 13

Judge: CHARLES M. CALDWELL

---

### CERTIFICATION AND OPPORTUNITY TO OBJECT

---

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  MICHAEL C MCKINNEY                              Case No: 09-63222
REGINIA A MCKINNEY
5286 Valley Forge St                                   Chapter 13
Orient, OH  43146

Judge: CHARLES M. CALDWELL

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18, 2014, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
W Mark Jump

and on the following by **ordinary U.S. Mail** addressed to:

MICHAEL C MCKINNEY
REGINIA A MCKINNEY
5286 Valley Forge St
Orient, OH  43146
**See Creditor Matrix**
**All Creditors and Parties in Interest**

Educational Credit Management
Corporation
PO Box 75906
St Paul, MN  551750000

Ford Motor Credit Company, LLC
,  000000000

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN  563029617

Ohio Department of Taxation
,  000000000

PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA  235410000

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA  235410000

Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  331310000

AIS Services, LLC
50 California Street
Suite 1500
San Francisco, CA  941110000

Ashland Enterprises Limited
c/o AIS Services
50 California St.
San Francisco, CA  941110000

Associated Pediatrics
801 Eastwind Dr.
Westerville, OH  430810000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Berger Hospital
c/o Credit Adj Inc.
330 Florence St.
Defiance, OH  435120000

Big Bear Employee Credit Union
1169 Dublin Rd.
Columbus, OH  432150000

Bur-Mar Enterprises
dba Checkland
Kevin O&#039;Brien and Assoc Co LPA
995 South High St.
Columbus, OH  432060000

Capital One Bank
PO Box 85147
Richmond, VA  232760000

Capital One Bank (USA), N.A.
PO Box 12907
Norfolk, VA  235410000

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC  282721083

Central Ohio Neurological Surgeons
975 Eastwind Dr.
Suite 165
Westerville, OH  430810000

Circleville Emergency Phy
c/o NCO
507 Prudential Rd.
Horsham, PA  190440000

CitiFinancial Auto
PO Box 183036
Columbus, OH  432183036

CitiFinancial Auto Corporation
P.O. Box 9578
Coppell, TX  750199578

Citibank NA as trustee for The Student
Loan
co Citibank South Dakota NA
ATTN: Claims Dept. MC 2135
701 E 60th Street North
Sioux Falls, SD  571170000

Citibank NY State
PO BOX 22626
Rochester, NY  146920000

Credit Adjustments
330 Florence Street
Defiance, OH  435120000

Dermatology
c/o FFCC
PO BOX 20790
Columbus, OH  432200000

Direct Loans
PO Box 7202
Utica, NY  135040000

EMPI
c/o Pinnacle Financial Group
7825 Washington Ave. S Suite 310
Minneapolis, MN  554392409

Educational Credit Management
Corporation
P O Box 75906
St. Paul, MN  551750000

Elan Financial Services
PO Box 5229
Cincinnati, OH  452010000

Elan Financial Services
PO Box 790408
Saint Louis, MO  631790408

FFCC
PO Box 20790
Columbus, OH  432200790

Fifth Third
PO Box 630778
Cincinnati, OH  452630778

Ford Credit
PO Box 219825
Kansas City, MO  641219825

Ford Motor Credit Company LLC
Reimer Arnovitz Chernek & Jeffrey Co
LPA
2450 Edison Blvd
Twinsburg, OH  440870000

Grant/Riverside Labs
c/o JP Recovery
PO BOX 16749
Rocky River, OH  441160749

Grove City Family Health
6024 Hoover Rd. Suite A
Grove City, OH  431230000

HRRG
PO BOX 189053
Fort Lauderdale, FL  333189053

HSBC  Bank Nevada, N.A.
By PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA  235410000

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN  563020000

MEMBERS FIRST CREDIT UNION,
INC.
C/O WELTMAN, WEINBERG & REIS
CO., LPA
175 S. THIRD ST., STE 900
COLUMBUS, OH  432150000

Members First Credit Union
1445 W Goodale Blvd
Columbus, OH  432120000

Mid Ohio Emerg Srvcs
PO Box 456
Columbus, OH  432160456

Mount Carmel Health
Self Pay Realization
6150 E. Broad Street, 2nd floor
Columbus, OH  432130000

Mount Carmel West Hospital
c/o PCB
PO BOX 29917
Columbus, OH  432297517

National Check Cashers
3967 Hoover Rd.
Grove City, OH  431230000

Novacare Rehabilitation
c/o Nationwide Recovery Service
PO BOX 170800
Milwaukee, WI  532178065

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Orchard Bank
PO Box 19360
Portland, OR  972800000

Ortho Neuro
c/o FFCC
PO BOX 20790
Columbus, OH  432200000

PRA Receivables Management, LLC
POB 41067
Norfolk, VA  235410000

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA  235411067

Quest Diagnostic
PO BOX 740810
Cincinnati, OH  452740810

Quest Diagnostics
c/o Credit Collection Services
Two Wells Ave, Dept 587
Newton Center, MA  024590000

RITA
ATTN: LEGAL DEPT
PO BOX 470537
BROADVIEW HEIGHTS, OH
441470000

Radiology Inc.
Dept. L-647
Columbus, OH  432600000

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  331311605

Regional Income Tax Agency
PO Box 6600
Cleveland, OH  441012004

Riverside Methodist Hospital
PO Box 182141
Columbus, OH  432180000

Riverside Methodist Hospital
c/o Computer Collections, Inc.
PO BOX 5238
Winston Salem, NC  271135238

US Department of Education
Direct Loan SVC
PO Box 5609
Greenville, TX  754035609

Verizon
c/o RPM
20816 44th Ave. W
Lynnwood, WA  980360000

West Asset Management
220 Sunset Boulevard
Suite A
Sherman, TX  750920000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Michael C McKinney
5286 Valley Forge Street
Orient, OH  431460000

Reginia A McKinney
5286 Valley Forge Street
Orient, OH  431460000

W Mark Jump
2130 Arlington Avenue
Columbus, OH  432210000